THE WOODSIDE NATIONAL BANK OF NEW YORK, Respondent, v. REBECCA BERGER, Defendant; LYNX REALTY Co., INC., Appellant.— Motion for stay

denied; examination to proceed on five days' notice at the place and hour stated in the order. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.